# MaineHealth

November 15, 2021

US Bankruptcy Court
District of Maine
537 Congress Street, 2nd Floor
Portland ME 04101

Re: Bankruptcy Case#21-20134   Ronald Serunjogi

TO WHOM IT MAY CONCERN:

MaineHealth filed a claim for $5,106.06 on September 03, 2021 for bankruptcy case # 21-20134, which was past the filing date. The claim filed for the case was # 11.

At this time we would like to withdraw the claim from the bankruptcy proceedings.

If you have any questions please call me directly at 207-662-7948

Sincerely,

Rosemary McCulloch
Manager of Patient Financial Services
Financial Counseling Department

207-662-7948
RLMcCulloc@mmc.org

MaineHealth
301 US Route 1 Suite C
Scarborough ME 04074

CONFIDENTIALITY NOTICE: This document is intended only for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution, copying or use of this document is strictly prohibited. If you have received this communication in error, please notify us by telephone to arrange for the destruction or return of the original document to us.